**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01433-CV

**PR OWNERS ASSOCIATION, INC. D/B/A PR2 HOMEOWNERS ASSOCIATION, Appellant**

**V.**

**CITY HOUSE, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03251-2014**

## ORDER

Before the Court is appellant's December 15, 2014, second unopposed motion for an extension of time to file appellant's brief. In the motion, appellant claims the parties have "reached a settlement in principle but need additional time to reduce the terms to an agreement." We **GRANT** the motion. Appellant shall file its brief no later than **THIRTY DAYS** from the date of this Order.

/s/     CRAIG STODDART
JUSTICE